## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CHRISTIAN ALEXIS MORALES-RIVERA,                    )
                                             )
                Plaintiff,          )
                                             )
-vs-                                   )     NO. CIV-24-1042-HE
                                           )
FRANK BISIGNANO, Commissioner   )
of Social Security Administration,      )
                                           )
            Defendant.[1]     )

## **ORDER**

On April 30, 2025, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending the final decision of the Commissioner of the Social Security Administration denying plaintiff's applications for benefits under the Social Security Act be affirmed. Magistrate Judge Erwin advised the parties of the right to file specific written objections to the recommended ruling by May 14, 2025, and the consequences for failure to make timely objection.

To date, no party has filed any objection to the Report and Recommendation. The court therefore deems appellate review waived. *See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

---

[1] *Frank Bisignano became the Commissioner of the Social Security Administration on May 7, 2025. Pursuant to Fed. R. Civ. P. 25(d), Frank Bisignano is substituted as the defendant in this action.*

Accordingly, the Report and Recommendation [Doc. #17] issued by United States Magistrate Judge Shon T. Erwin is **ADOPTED**.  The final decision of defendant Frank Bisignano, Commissioner of the Social Security Administration, denying plaintiff Christian Alexis Morales-Rivera's applications for benefits under the Social Security Act is **AFFIRMED**.  A separate judgment will be entered.

      **IT IS SO ORDERED**.

Dated this 22nd day of May, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE